UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jeffrey L. Felder, Jr., : Case No. 1:15-cv-218
   Plaintiff, :
vs. :
Ohio State Highway Patrol, :
   Defendant. :

**ORDER**

On November 3, 2015, the Magistrate Judge issued a Report and Recommendation in this case.  (Doc. 15) The Magistrate Judge recommends that Defendant's motion to dismiss Plaintiff's complaint under Fed. R. Civ. Proc. 12(b)(6) should be denied, and Plaintiff should be granted leave to amend his complaint.  No objections have been filed to the Report, and the time for filing such objections has passed.

Upon review of Plaintiff's pro se complaint, and his response to the motion to dismiss, the Court agrees with the Magistrate Judge that he may be able to allege a plausible claim of racial discrimination.  The Court therefore adopts the Report and Recommendation.  Plaintiff shall file his amended complaint **no later than December 28, 2015.**  Defendant shall answer, move or otherwise plead to that complaint within the time limits established by Fed. R. Civ. Proc. 15(a)(3).

   SO ORDERED.

DATED: December 4, 2015                s/Sandra S. Beckwith
                                                   Sandra S. Beckwith, Senior Judge
                                                   United States District Court